ELLEN ANDREWS, Appellant, *v.* DANIEL W. RAYMOND, Respondent.

(Argued September 30, 1874; decided October 6, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 661.

The principal questions presented upon this appeal were upon exceptions to the refusal of the court before whom the cause was tried to find certain facts. The court reiterated the rule that to sustain such an exception it must be made to appear not only that evidence was given proving the fact, but that there was no evidence tending to the contrary conclusion, and *held,* that there was evidence conflicting with that necessary to maintain the case as claimed by appellant.

*Amos H. Prescott* for the appellant.

*S. S. Morgan* for the respondent.

JOHNSON, J., reads for affirmance.
All concur.
Judgment affirmed.

———————

WILLIAM H. LEONARD et al., Executors, etc., Appellants, *v.* ABBY J. BELL et al., Respondents.

(Argued September 30, 1874; decided October 6, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 608.

*Samuel Hand* for the appellants.

*Walter Edwards, Jr.,* for the respondents.

Agree to affirm.  No opinion.
All concur.
Judgment affirmed.